IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **PHILMINGO JAMISON**, | : | CIVIL ACTION NO. 1:05-CV-0831 |
| Petitioner | : | (Judge Conner) |
| v. | : | |
| **EDWARD KLEM and DISTRICT ATTORNEY OF YORK COUNTY, PENNSYLVANIA**, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 7th day of January, 2009, upon consideration of the conditional writ of habeas corpus (Doc. 36) issued by the court on October 22, 2008, which instructed respondents to either release petitioner from his sentence or rearraign him on or before December 22, 2008 in accordance with the opinion and judgment (Docs. 35, 35-2) of the United States Court of Appeals for the Third Circuit, and upon consideration of the letter (Doc. 38) received from petitioner on the date hereof, representing that respondents have failed to comply with the conditional writ of habeas corpus, it is hereby ORDERED that:

1. On or before **5:00 p.m. on Monday, January 12, 2009**, respondents shall notify the court of the measures taken to comply with the conditional writ of habeas corpus (Doc. 36).  The notice shall also identify the current status of the criminal proceedings against defendant.

2. **Failure to file a notice in accordance with Paragraph 1 may result in the issuance of a further order to enforce the conditional writ of habeas corpus in accordance with the opinion and judgment of the United States Court of Appeals for the Third Circuit.**

3. The Clerk of Court is instructed to serve a copy of this order, together with the conditional writ of habeas corpus (Doc. 36) and the opinion and judgment (Docs. 35, 35-2) of the Third Circuit, upon H. Stanley Rebert, District Attorney of York County, Pennsylvania, via certified overnight mail at the following address:

>H. Stanley Rebert
District Attorney of York County, Pennsylvania
45 North George Street
York, PA  17401

>S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge